FILE COPY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDWENA R. HEGNA,
Executrix of the Estate of Charles Hegna,
Late of Sterling, Virginia, individually, and
STEVEN A. HEGNA, CRAIG M. HEGNA,
LYNN MARIE HEGNA MOORE, and
PAUL B. HEGNA,
                      Plaintiffs,

      v.

ISLAMIC REPUBLIC OF IRAN
          and
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
                      Defendants.

------------------------------------------------------------X

Case No. 18 MS 0302
(Judgment N0. 02-2472)



March __, 2009

## ORDER TO SHOW CAUSE

Upon the Motion and supporting Memorandum of Law filed herein, and the annexed Affidavit of Ralph P. Dupont, Esq. sworn March 25, 2009 (Dupont Aff.); the Judgment registered in this Court on November 27, 2002 ("the Hegna Judgment"); the Hegna judgment lien docketed on the New York County land records on November 27, 2002 ("the judgment lien"); and the several garnishments served herein, pursuant to this Court's Writ of Execution, dated

December 29, 2008 and levied on January 12, 2009 and returned to this Court; and the responses of the garnishees, let the persons and entities named herein **BE REQUIRED TO: SHOW CAUSE BEFORE THIS COURT AT THE COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK 10007-1312, COURTROOM ASSIGNED TO** Judge Sweet (18C) **ON** April 7 **, 2009 AT** 11 **A.M. WHY ORDERS OF ATTACHMENT AND TURN OVER AND SALE SHOULD NOT BE GRANTED TO THE HEGNA JUDGMENT CREDITORS;** and why the United States Marshal for the Southern District of New York should not be ordered to turn over to the Hegna judgment creditors all and sundry the personal property which is the subject of *United States of America v. All Right Title and Interest of Assa Corporation, Assa Company Limited And Bank Melli Iran In 650 Fifth Avenue Company, Including But Not Limited To The Real Property And Appurtenances Located At 650 Fifth Avenue, New York, New York, With All Improvements And Attachments Thereon, Case No. 08-cv-10934-RJH,* and levy upon the said premises known as 650 Fifth Avenue, New York, New York and further directing that said premises to be condemned and sold at public auction with the proceeds net of expenses turned over to the Hegna judgment creditors in satisfaction of their judgments against Iran and MOIS, with interest at two and one-quarter (2.25%) percent since January 22, 2002;

And why the Court should not grant such other and further relief as to the Court shall seem just.

Within seven (7) days of the date of this Order, the Hegna judgment creditors shall serve the following parties by delivering a copy of this Order, the Dupont Aff., the Motion and Memorandum of Law to:

1.      the United States Attorney or to an assistant United States Attorney or clerical employee designated by the United States Attorney in writing, filed with the Clerk of the Court and by sending copies of the same by registered or certified mail, return receipt requested, addressed to the Attorney General of the United States at Washington, District of Columbia; and

2.      Alavi Foundation and Fifth Avenue Company by delivering a copy of this Order, the Dupont Aff., and Motion and Memorandum of Law, together with all exhibits thereto to John D. Winter, Esq. Patterson, Belknap, Webb & Tyler, 1133 Avenue of the Americas, New York, New York 10036, counsel of record for the Alavi Foundation and Fifth Avenue Company herein; and

3.      the following judgment creditors of the defendants, Iran and MOIS:

(a) the named plaintiffs in *Rubin et al v. Foundation, Case No 1:09-cv-00165-RJH*, to wit: Jenny Rubin, Deborah Rubin, Stuart E. Hersh, Renay Frym, Noam Rozenman, Elena Rozenman and Tzvi Rosenman;

and

(b) the named plaintiffs in *Miller v. Foundation, Case No. 1:09-cv-00166-RJH* to wit: Daniel Miller and Abraham Mendelson

by serving their counsel of record, Robert Tolchin, Esq., of Jaroslawicz & Jaros, LLC, 225 Broadway, 24th Floor, New York, New York, 10007;

and

(c) the named plaintiffs in *Greenberg v. Assa Corporation, et al, Case No. 1:09-cv-00553-RJH and No. 1:09-cv-00564-RJH,* pending in this Court to wit: Steven M. Greenberg, individually and as Administrator of the Estate of Judith (Shoshana) Lillian Greenberg, deceased; Alan D. Hayman; and Shirlee Hayman

by serving their counsel of record in said cases, Curtis C. Mechling, Esq., of Stroock & Strook & Lavan, LLP, 180 Maiden Lane, New York, New York, 10038-4892; and

4. Assa Corporation and/or Assa Company Limited by serving their counsel of record in *United States v. All Right Title and Interest in 650 Fifth Avenue, Case No. 1:08-cv-10934-RJH,* Deborah B. Koplovitz, Esq., of Rosen & Livingston, 275 Madison Avenue, Suite 500, New York, New York, 10816-1101; and

FURTHER Within seven (7) days of the date of this Order, the Clerk of this Court, at the expense of the Hegna judgment creditors, pursuant to 28 U.S.C. §1608(b)(3)(B) shall cause to be served on Bank Melli Iran a/k/a Bank Melli, a copy of this Order, the Dupont Aff., and Motion and Memorandum of Law

together with all exhibits thereto, accompanied by a Farsi translation of this Order, by registered or certified mail, return receipt requested, addressed to Bank Melli, Fedowski Avenue, P.O. Box 11365-171, Tehran, Iran; and

FURTHER Within seven (7) days of the date of this Order, the Clerk of this Court, at the expense of the Hegna judgment creditors, pursuant to 28 U.S.C. §1608(a)(3), shall cause to be served on the defendants, the Islamic Republic of Iran and its Ministry of Information and Security a copy of this Order, together with the Dupont Aff., and the accompanying Motion and Memorandum of Law, together with all exhibits thereto, accompanied by a Farsi translation of this Order, by registered or certified mail, return receipt requested, addressed, respectively, as follows:

    (1)    The Islamic Republic of Iran
              c/o HE Manoucher Mottaki
              Minister of Foreign Affairs
              Ministry of Foreign Affairs
              Iman Khomeini Square
              Tehran, Iran
                        and

              The Islamic Republic of Iran
              The Iranian Mission
              622 Third Avenue
              New York, New York

    (2)    HE Gholam Mohseni-Ejehi
              Minister of Information and Security
              The Ministry of Information and Security
              Second Negareston Street
              Pasdaran Avenue

Tehran, Iran
  and
HE Gholam Mohseni-Ejehi
Minister of Information and Security
The Iranian Mission
622 Third Avenue
New York, New York

_____
U.S.D.J.