UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWENA R. HEGNA, et al.,

　　　　　Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN
and
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,

　　　　　Defendants.

Civil Action 00-00716 (HHK)

FILED

JAN 2 2 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 18th day of January, 2002, hereby

**ORDERED and ADJUDGED** that judgment is entered in favor of the plaintiffs; and it is further

**ORDERED and ADJUDGED** that plaintiffs recover of defendants sums in the following amounts:

| | |
|---|---|
| Edwena Hegna | $26,000,000 |
| Craig Hegna | $3,000,000 |
| Steven Hegna | $3,000,000 |
| Lynn Hegna | $5,000,000 |
| Paul Hegna | $5,000,000 |
| Punitive Damages | $333,000,000 (to be divided equally between each plaintiff) |

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By_____
　　　Deputy Clerk
1/20/02

_/s/ Henry Kennedy_
Henry H. Kennedy, Jr.
United States District Judge

EXHIBIT
2A