# United States District Court

UNITED STATES DISTRICT COURT _____ DISTRICT OF _____ COLUMBIA

EDWENA R. HEGNA, et al.,

            Plaintiffs

V.

ISLAMIC REPUBLIC OF IRAN ("IRI")
and
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
            Defendants.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 1:00CV00716 (HHK)

RECEIVED NOV 27 2002 JUDGMENT CLERK'S OFFICE

I, NANCY MAYER WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on ____February 7, 2002____, as it appears in the records of this court, and that

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

EXHIBIT JB

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

__11/26/02__
Date

**NANCY MAYER-WHITTINGTON**

_____
Clerk

_____
(By) Deputy Clerk

PLAINTIFF'S EXHIBIT JB

\* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [\*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[\*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____ 1-25-02
           Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDWENA R. HEGNA, et al.           )
                                  )
         Plaintiffs,              )  Case No. 1:00CV00716 (HHK)
                                  )
     v.                           )
                                  )
ISLAMIC REPUBLIC OF IRAN ("IRAN") )
                                  )     **FILED**
     and                          )
                                  )     FEB - 7 2002
THE IRANIAN MINISTRY OF           )
INFORMATION AND SECURITY          )   NANCY MAYER WHITTINGTON, CLERK
                                  )        U.S DISTRICT COURT
         Defendants.              )

## AMENDED ORDER AND JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and 59(c) and for the reasons stated by the Court in its Memorandum dated January 18, 2002, it is this 1st day of February, 2002, hereby

**ORDERED AND ADJUDGED** that judgment dated on January 18, 2002 and filed January 22, 2002 in favor of the plaintiffs is hereby amended *nunc pro tunc*; and it is

**FURTHER ORDERED AND ADJUDGED** that plaintiffs recover of defendants, jointly and severally, compensatory damages in the following amounts:

Edwena Hegna, Executrix of the Estate of
Charles Hegna and Edwena Hegna, individually;         $26,000,000
apportioned as follows:

   (a) Estate of Charles Hegna, Edwena Hegna,
       Executrix on account of decedent's pre-death,
       conscious pain and suffering     $1,000,000



24

| | |
|---|---|
| (b) Estate of Charles Hegna, Edwena Hegna, Executrix on account of loss of accretions to the descendant's estate | $1,104,573 |
| (c) Edwena Hegna individually | $23,895,427 |
| Craig Hegna | $3,000,000 |
| Steven Hegna | $3,000,000 |
| Lynn Hegna | $5,000,000 |
| Paul Hegna | $5,000,000 |
| Punitive Damages, against the defendant, Ministry of Information and Security (MOIS), only | $333,000,000 (to be divided equally among the five individual plaintiffs) |

ORDERED that the Clerk of Court shall cause a copy of this Amended Order and Judgment and the accompanying Judgment, filed January 22, 2002 and the Findings of Fact and Conclusions of Law, dated January 18, 2002, to be translated into Farsi and transmitted to the United States Department of State for diplomatic service upon the Defendants in accordance with the provisions of 28 U.S.C. § 1608(a)(4), with the costs of translation to be paid by the Plaintiffs.

**SO ORDERED.**

*/s/ Henry Kennedy, Jr.*
Henry H. Kennedy, Jr.
United States District Judge



United States Department of State

Washington, D.C. 20520
July 1, 2002

re: Hegna, et al. v. Islamic Rep. of Iran, et al., case #1:00-CV-00716 HHK

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for transmittal of a *Default Judgment and Notice of Default* to the Government of the Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the referenced case.

The American Embassy in Bern, Switzerland transmitted *Default Judgment and Notice of Default* to the Swiss Foreign Ministry with diplomatic note no. 12906 on May 21, 2002. A certified copy of that note is enclosed. The Swiss Foreign Ministry transmitted the documents to its Embassy, American Interests Section, in Tehran. The American Interests Section, in turn, transmitted the documents to the Ministry of Foreign Affairs of the Islamic Republic of Iran under cover of diplomatic note No. 1038-IE dated May 28, 2002. A certified copy of the Swiss Embassy's diplomatic note No. 1038-IE with a copy of the documents transmitted to the Iranian Ministry of Foreign Affairs are enclosed in accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act.

The Swiss Foreign Ministry forwarded diplomatic note no. 20303 to the American Embassy in Bern on June 11, 2002. A certified copy of that note is enclosed with an informal translation. The note confirms the Swiss Embassy's delivery of the documents with translations to the Iranian Ministry of Foreign Affairs and the fact that the documents were returned to the Interests Section without comment. The returned documents are also enclosed with this mailing.

Should you have any questions regarding this matter, please contact Mr. Luke Bellocchi, Attorney Adviser, of this office at (202) 312-9718.

Sincerely,

*Edward A. Betancourt*

Edward A. Betancourt
Director
Office of Policy Review and Interagency Liaison
Bureau of Consular Affairs

CC: Mr. Ralph P. Dupont, Esq.

Ms. Nancy Mayer-Whittington, Clerk,
U.S. District Court for the District of Columbia
Washington, DC