AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
для the
District of Columbia



EXHIBIT
2C

| EDWENA R. HEGNA, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 00-cv-00716-HHK |
| ISLAMIC REP OF IRAN, et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___04/29/2010___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  ___05/17/2010___

ANGELA D. CAESAR, Clerk of Court

Jackie Francis
Signature of Clerk or Deputy Clerk



RECEIVED MAY 28 2010 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWINA R. HEGNA, as Executrix of the Estate of Charles F. Hegna, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN <br><br> and <br><br> IRANIAN MINISTRY OF INFORMATION AND SECURITY, <br><br> Defendants. | Civil Action 00-716 (HHK) |

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 4/29/10
ANGELA D. CAESAR, CLERK
By: _____ 3/13/10

### AMENDED ORDER & JUDGMENT

Pursuant to H.R. 4986 Sec. 1083(c)(2) (110th Cong. 2nd Sess.) and Fed. R. Civ. P. 60(b)(5) & (6), Plaintiffs' Motion to Modify Judgment Pursuant to H.R. 4986, sec. 1083 (110th Cong. 2nd Sess.) [#110], is hereby **GRANTED** and it is this 29th day of April 2010, hereby

**ORDERED** that the Amended Judgment dated February 1, 2002, and filed February 7, 2002, is hereby further amended, as follows: In accordance with H.R. 4986 Sec. 1083(c)(2) (110th Cong. 2nd Sess.) and Fed. R. Civ. P. 60(b)(5) & (6), the Amended Judgment is to be given effect as if it had been rendered in an action originally filed under 28 U.S.C. § 1605A(c); and it is further

**ORDERED** that plaintiffs shall cause this Amended Order & Judgment to be translated into Farsi and shall provide two copies thereof to the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall send the two translated copies to the United States Department of State, by any form of mail requiring a signed receipt, for diplomatic service upon the defendants in accordance with 28 U.S.C. § 1608(a)(4).

**SO ORDERED.**

Henry H .Kennedy, Jr.
United States District Judge

ORIGINAL-WHITE        DUPLICATE-YELLOW             TRIPLICATE-PINK

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the                                    E 905194
SOUTHERN DISTRICT OF NEW YORK

at _____

RECEIVED FROM       Dupont Law

M9-883

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
|  | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
INVOICE# 1107
DATE/TIME: 5/28/2010 3:36:59 PM
CASHIER: CATHERINE #5
STATION: 02
--------------------------------
Item Count: 2
================================
MISC FEE                  $39.00
    094900        $20.
    510000        $19.
================================
GRAND TOTAL               $39.00
================================
Check Amount              $39.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |

United States Department of State



Washington, D.C. 20520

March 4, 2011

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Edwina R. Hegna, as Executrix of the Estate of
Charles F. Hegna, et al., v. Islamic Republic of Iran, et al,
Civil Action 00-716 (HKK)

Dear Ms. Caesar:

I am writing regarding the Court's request for service of amended orders and judgments, and notices of default judgment pursuant to 28 U.S.C. 1608(a)(4) upon defendants the Islamic Republic of Iran and the Iranian Ministry of Information and Security in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes numbers 1004-IE and 1005-IE, each dated and delivered on January 11, 2011. In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, enclosed are certified copies of the diplomatic notes used to transmit these documents.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

RECEIVED
Mail Room
MAR -9 2011

Angela D. Caesar, Clerk of Co
US District Court, District of Colum

Enclosures As Stated

Cc:  Ralph P. Dupont
The Dupont Law Firm, LLP
1177 Summer Street
6th Floor
P.O. Box 3325
Stamford, CT 06905