Case 1:11-cv-03761-KBF   Document 38-9   Filed 04/18/13   Page 1 of 1

# TRANSCRIPT OF JUDGMENT -- No. 02-2472

| Dates | Attorney | Names of Parties against whom judgment has been obtained | Names of Parties in whose favor judgment has been obtained | Amount | Costs | Satisfied |
|---|---|---|---|---|---|---|
| Signing: 02/01/2002 Filing: 11/27/2002 | MCMAHON & CONNELL 138 Nassau Street New York, N.Y. 10038 | ISLAMIC REPUBLIC OF IRAN AND THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, JOINTLY AND SEVERALLY | EDWENA R. HEGNA, ET AL. 1769 West Park Ave. Chandler, AZ 85224 | $375,000,000.00 | $0.00 | / / |

How Obtained: Judgment

HS 0302

REGISTRATION OF FOREIGN JUDGMENT- DIST. OF COLUMBIA

Ministry of Information and Security
Pasdaran Avenue
Golestan Yekom
Teheran, Iran

Islamic Republic of Iran,
Ministry of Foreign Affairs,
Khomeini Avenue
Teheran, Iran

Steven A. Hegna
6128 Redwood Lane
Alexandria, VA 22310

Craig M Hegna
46364 Utica Square
Potomac Falls, VA 20165

Lynn Marie Hegna
2120 11th Street
Monroe, WI 53566

Paul B. Hegna
1769 W. Park Avenue
Chandler, AZ 85224

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 27 day of November, two thousand and two

J. Michael McMahon, Clerk

by _____ Deputy Clerk

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the foregoing is a true and correct transcript from the Docket of Judgments kept in my office and that the above judgment has not been satisfied of record.



PLAINTIFF'S EXHIBIT 3