002632 2632

FILED
COUNTY CLERK
N.Y. COUNTY
2002 NOV 27 AM 11:38

16 TRANS-F          25.00
TOTAL               25.00
CHECK               25.00
CONS CASHIER    DATE        TIME    TER
19102 1000     02 NOV 27  11:32 AM  9-1



EXHIBIT 3A