# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Edwina R. Hegna et al | 18MS 0302 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Islamic Republic of Iran, et al | Execution on Judgment |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ALAVI Foundation of New York

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

500 Fifth Avenue, Suite 2320, New York, NY 10110    Tel. (212)944-8333

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

The Dupont Law Firm LLP
1177 High Ridge Road
Stamford, CT 06905
Attn: Barbara J. Dupont

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                         Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (203) 321-2176    DATE: 12/30/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 14 | 54 | 54 | | 1-6-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am / pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 3.70 | | 48.70 | | | |

REMARKS:

**EXHIBIT #4**

**NOTE**

| | |
|---|---|
| **PRIOR EDITIONS MAY BE USED** | **3. NOTICE OF SERVICE** |

**FORM USM-285 (Rev. 12/15/80)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 02-2472           DOCKET NO. 18 MS 0302

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
*To the Marshal of the Southern District of New York, GREETING:*

YOU ARE COMMANDED, that of the goods and chattels of the Islamic

Republic of Iran,  its agencies and instrumentalities, including, but not limited to,

Bank Melli Iran, Assa Corporation and/or Assa Co Limited (entities owned or

controlled, directly or indirectly by Iran) and/or one Mohammad Hassan Dehghani

Tafti (hereinafter referred to collectively as "Iran") in your district you cause to be

made in the sum of Three Hundred Sixty-Seven Million dollars and No cents,

($367,000,000.00) which lately in the United States District Court of the United

States for the District of Columbia, in the District of Columbia Circuit, Edwena R.

Hegna, individually and as Executrix of the Estate of Charles Hegna; Steven A.

Hegna; Craig Hegna; Lynn Hegna Moore; and Paul B. Hegna recovered against the

said Iran, jointly and severally with its Ministry of Information and Security

("MOIS"), in the amount of Forty-two Million Dollars ($42,000,000.0) in

compensatory damages and against the MOIS, individually, in the further amount

of Three Hundred and Thirty-three Million Dollars ($333,000,000.00) in punitive

damages, in an action between Edwena R. Hegna, individually and as Executrix of

the Estate of Charles Hegna; Steven A. Hegna; Craig Hegna; Lynn Hegna Moore;

and Paul B. Hegna, PLAINTIFFS, and Iran and MOIS, DEFENDANTS, in favor

of said Edwena R. Hegna, individually and as Executrix of the Estate of Charles

Hegna (limited to compensatory damages); Steven A. Hegna; Craig Hegna; Lynn

Hegna Moore; and Paul B. Hegna and which judgments the said PLAINTIFFS

thereafter duly registered and docketed in the United States District Court for the

Southern District of New York as appears by the record filed in the Clerk's Office

of said District Court for the Southern District of New York on the 27th day of

November, in the year of 2002.

and if sufficient personal property of the said Iran cannot be found in your District,
then you cause the same to be made out of the real property belonging to the said
judgment debtor, Iran, on the above-mentioned day, or at any time thereafter, in
whose hands soever the same may be, and return this execution within sixty days
after its receipt by you, to the Clerk of said District Court.

     WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United
States District Court, for the Southern District of New York, at the City of New
York, on the 29th day of December in the year of our Lord two thousand and
eight, and of the Independence of the United States the two hundred and thirty-
seventh year.

**J. MICHAEL McMAHON**

CLERK

By _____