EXHIBIT
4C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

EDWENA R. HEGNA,
Executrix of the Estate of Charles Hegna,
Late of Sterling, Virginia, and individually, and
STEVEN A. HEGNA, CRAIG M. HEGNA,
LYNN MARIE HEGNA MOORE, and
PAUL B. HEGNA,
Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN
and
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
Defendants.

-------------------------------------------------------------X

Case No. 18 MS 0302
(Judgment N0. 02-2472)

FILED
COUNTY CLERK
N.Y. COUNTY
2009 MAR 30 PM 3: 32

March 29, 2009

## NOTICE OF LIS PENDENS

**TO RESPONDENTS: FIFTH AVENUE COMPANY; ALAVI FOUNDATION; ASSA CORPORATION, BANK MELLI IRAN A/K/A BANK MELLI; ISLAMIC REPUBLIC OF IRAN; AND MINISTRY OF INFORMATION AND SECURITY AND ALL AGENCIES OR INSTRUMENTALITIES OF IRAN AND ALL OTHERS WHOM IT MAY CONCERN**

**YOU ARE HEREBY NOTIFIED** of the institution of this proceeding by plaintiffs against you seeking among other things an Order of the United States District Court for the Southern District of New York, directing the judicial sale, pursuant to The Terrorism Risk Insurance Act of 2002, Pub. L. No. 107-297, 116 Stat. 2337 (November 26, 2002), Title II, 201(a)of the following described real property with buildings thereon standing and appurtenances thereto:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City of New York, County of New York, State of New York, commonly known as 642-650 Fifth Avenue, New York, New York a/k/a 2 West 52nd Street and being Block 1267, Lot: 41 and more particularly bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly side of 52nd Street with the westerly side of Fifth Avenue; running

THENCE Southerly along the westerly side of Fifth Avenue, 97 feet 5 inches;

THENCE Westerly parallel with 52nd Street, 74 feet 3 inches;

THENCE Northerly parallel with Fifth Avenue, 12 feet 8 inches;

THENCE Westerly parallel with 52nd Street, 18 feet 5 inches;

THENCE Northerly parallel with Fifth Avenue, 1 foot 2 inches;

THENCE Westerly parallel with 52nd Street, 57 feet 3-½ inches;

THENCE Northerly parallel with Fifth Avenue, 83 feet 7 inches to the southerly side of 52nd Street;

THENCE Easterly along the southerly side of 52nd Street, 149 feet 11-½ inches to the point or place of BEGINNING

The underlying proceeding was filed by plaintiffs against respondents in the United Stated District Court for the Southern District of New York on March 27, 2009. The underlying proceeding also concerns a certain action known as *United States of America v. All Right Title and Interest of Assa Corporation, Assa Company Limited And Bank Melli Iran In 650 Fifth Avenue Company, Including But Not Limited To The Real Property And Appurtenances Located At 650 Fifth Avenue, New York, New York, With All Improvements And Attachments Thereon, Case No. 08-cv-10934-RJH*, pending in the United States District Court for the Southern District of New York.

                    The Dupont Law Firm, LLP
                    Attorneys for plaintiffs
                     1177 High Ridge Road, Suite 234
                    Stamford, Connecticut 06905
                    Telephone:  (203) 321-2176
                    Facsimile:   (203) 321-1275 by

By        _____
            Ralph P. Dupont, Esq.