**PLAINTIFF'S EXHIBIT 7**

# FedEx International Air Waybill

## 1 From
- Date: 03/31/09
- Sender's Name: Clerk United States
- Company: District Court for Southern District, New York
- Phone: (212) 805-0259
- Address: 500 Pearl Street
- City: New York
- State: New York
- ZIP: 10007
- Country: United States

## 2 To
- Recipient's Name: HE Gholam Mohseni-Ejehi
- Company: Ministry of Information and Security
- Address: Second Negarestan Street, Pasdaran Avenue
- City: Tehran
- Country: Islamic Republic of Iran

## 3 Shipment Information
- Total Packages: 1
- Total Weight: 6 oz
- Commodity Description: Document

## 4 Express Package Service
- [X] FedEx Intl. Priority

## 5 Packaging
- [X] FedEx Envelope

## 7a Payment
- [X] Sender Acct. No.: (Redacted)

FedEx Tracking Number: 8657 2097 3880