
PLAINTIFF'S EXHIBIT 8

FedEx International Air Waybill

**1 From**
Date: 08/31/09
Sender's Name: Clerk, United States District Court Southern District of New York
Phone: (212) 805-0389
Company: District Court Southern District of New York
Address: 500 Pearl Street
City: New York
State: New York
ZIP: 10007
Country: United States

**2 To**
Recipient's Name: Bank Melli
Address: Ferdowski Avenue
City: Tehran
Country: IRAN

**3 Shipment Information**
Total Packages: 1
Total Weight: 03. lbs
Commodity Description: Documents
Total Declared Value: 0
Total Value for Customs: 0

**4 Express Package Service**: FedEx Intl. Priority

**5 Packaging**: FedEx Envelope

**7a Payment Bill transportation charges to**: Sender

FedEx Tracking Number: 8674 8108 4480

Form ID No: 0402

521