```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

EDWENA R. HEGNA, et al.,             :   ~~SCHEDULING ORDER~~

                                     :   18 MS 302 (RJH)

         -v.-                        :   Related Actions:
                                         08 Civ. 10934 (RJH)
                                         09 Civ. 00165 (RJH)
                                     :   09 Civ. 00166 (RJH)
THE ISLAMIC REPUBLIC OF IRAN, et al.     09 Civ. 553 (RJH)
                                         09 Civ. 564 (RJH)

- - - - - - - - - - - - - - - - - - - x


IT IS HEREBY ORDERED THAT:

   Any oppositions to the Order to Show Cause, dated March 27, 2009, shall be filed by Thursday, June 18, 2009.

   Any replies in further support of the *Hegna* plaintiffs' Motion to Show Cause, dated March 25, 2009, shall be filed by Tuesday, June 30, 2009.

New York, New York
~~April~~ May ___, 2009

                              SO ORDERED:

                              _____
                              Honorable Richard J. Holwell
                              United States District Judge

PLAINTIFF'S
EXHIBIT
9