
EXHIBIT
16

EXCERPTS FROM

OFFICE OF FOREIGN ASSETS CONTROL U.S. Department of the Treasury

*An overview of O.F.A.C. Regulations involving Sanctions against Iran,*

http://www.treasury.gov/resoruce-center/sanctions/Programs/Documents/iran.text

(Jan. 23, 2012).

"

This fact sheet provides general information about the Iranian sanctions programs under the Iranian Transactions Regulations, 31 C.F.R. Part 560, and the Iranian Assets Control Regulations, 31 C.F.R. Part 535. These sanctions are administered by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

"Iranian Transactions Regulations - 31 C.F.R. Part 560

"

PERSONS DETERMINED TO BE THE GOVERNMENT OF IRAN, AS DEFINED IN § 560.304 OF THIS PART

. . . .
. . . .
"

BANK MELLI IRAN (a.k.a. BANK MELLI; a.k.a. NATIONAL BANK OF IRAN), PO Box 11365-171, Ferdowsi Avenue, Tehran, Iran; 43 Avenue Montaigne, Paris 75008, France; Room 704-6, Wheelock Hse, 20 Pedder St, Central, Hong Kong; Bank MelliIran Bldg, 111 St 24, 929 Arasat, Baghdad, Iraq; PO Box 2643, Ruwi, Muscat 112, Oman; PO Box 2656, Liva Street, Abu Dhabi, United Arab Emirates; PO Box 248, Hamad Bin Abdulla St, Fujairah, United Arab Emirates; PO Box 1888, Clock Tower, Industrial Rd, Al Ain Club Bldg, Al Ain, Abu Dhabi, United Arab Emirates; PO Box 1894, Baniyas St, Deira, Dubai City, United Arab Emirates; PO Box 5270, OmanStreet Al Nakheel, Ras Al-Khaimah, United Arab Emirates; PO Box 459, Al Borj St,
Sharjah, United Arab Emirates; PO Box 3093, Ahmed Seddiqui Bldg, Khalid Bin El-Walid St, Bur-Dubai, Dubai City 3093, United Arab Emirates; PO Box 1894, AlWasl Rd, Jumeirah, Dubai, United Arab Emirates; Postfach 112 129, Holzbruecke 2, D-20459, Hamburg, Germany; Nobel Ave. 14, Baku, Azerbaijan; Unit 1703-4, 17thFloor, Hong Kong Club Building, 3 A Chater Road Central, Hong Kong; EsteghlalSt., Opposite to Otbeh Ibn Ghazvan Hall, Basrah, Iraq; all offices worldwide
[IRAN] [NPWMD] [IFSR]