USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 7 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE 650 FIFTH AVENUE AND             :
RELATED PROPERTIES                     :
:
:
:
------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

As stated on the record at the August 7, 2013, status conference, it is hereby ORDERED:

1. The parties shall hold <u>August 29, 2013, at 9:00 a.m.</u> for a possible suppression hearing. The Court shall issue a further order confirming or adjourning this date.

2. Not later than <u>Friday, August 9, 2013</u>, the Government shall submit a letter stating the earliest date upon which it could submit the 2,859 pages of previously-produced ESI to the Court in unredacted form for review <u>in camera</u>.

3. Not later than <u>August 16, 2013</u>, any party wishing to do so shall submit its views (preferably in the form of a joint letter) as to which claims should / must be tried to the bench and which should / must be tried to a jury.

4. Any motions for summary judgment shall be filed not later than August 16, 2013. Any opposition briefs are due August 30, 2013. Any replies are due September 5, 2013.

5. Each party shall submit two hard copies of its unredacted summary judgment motion papers and an emailed PDF copy to Chambers simultaneously with each ECF filing. All parties shall serve unredacted versions of their summary judgment motion papers on the other parties not later than the time of each ECF filing.

6. Any party filing a motion for summary judgment or opposition brief is granted leave to file an oversize brief of not more than 50 pages in length. Any replies shall be not more than 25 pages in length.

7. Any party wishing to file motions in limine shall do so not later than August 21, 2013. Any opposition shall be filed not later than August 28, 2013. No replies shall be filed.

8. Each party shall file a maximum of one brief encompassing all of its motions in limine. Any subsections of opposition briefs to motions in limine shall be captioned in the same order and using the same headings as the opening briefs.

9. The parties shall number (rather than letter) all trial exhibits. Each party is reminded that it waives objections as to any exhibit appearing on its own pretrial order.

10. The trial in this matter is adjourned to <u>Monday, September 16, 2013, at 9:00 a.m.</u>

SO ORDERED.

Dated:   New York, New York
         August 7, 2013

_____
KATHERINE B. FORREST
United States District Judge