# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 1, 2013

**BY E-MAIL**

Daniel Seth Ruzumna
Melissa Ginsberg
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2000
*Counsel for Alavi Foundation and 650 Fifth*
*Avenue Company*

Peter I. Livingston
Deborah Koplovitz
Rosen Livingston & Chlost LLP
275 Madison Avenue, Suite 500
New York, NY 10016
212-687-7770
*Counsel for ASSA Corporation and ASSA*
*Company Limited*

James Bernard
Curtis C. Mechling
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400
*Counsel for Carlos Acosta, Maria Acosta, Tova*
*Ettinger, Irving Franklin, Ethel J. Griffin, Alan D.*
*Hayman, Shirlee Hayman, Baruch Kahane,*
*Ciporah Kaplan, Libby Kahane, Norman Kahane,*
*and Steven M. Greenbaum*

Donald F. Luke
Benson Daniel DeFunis
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016
646-313-2542
*Counsel for ASSA Corporation and ASSA*
*Company Limited*

Mike S. Manesh
Zoreh Mizrahi
The Law Offices of Mike Manesh
2049 Century Park East, Suite 2680
Los Angeles, CA 90067
310-843-9494
*Counsel for Estate of Siavash Bayani, Fatemah*
*Bayani, Banafsheh Bayani, and Babak Bayani*

Ralph Dupont
Barbara Dupont
The Dupont Law Firm, L.L.P.
One Stamford Plaza
263 Tresser Boulevard
P.O. Box 3325
Stamford, CT 06905
203-965-8355
*Counsel for Executrix Edwina R. Hegna,*
*Craig H. Hegna, Edwina R. Hegna, Lynn*
*M. Hegna Moore, Paul B. Hegna, and*
*Steven A. Hegna*

Liviu Vogel
Salon Marrow Dyckman Newman Broudy LLP
292 Madison Ave, 6th floor
New York, NY 10017
212-661-71 00
*Counsel for Estate of Deborah D. Peterson,*
*Personal Representative of the Estate of James C.*
*Knipple, et al.*

Dale Cathell
Lauren Genvert
Timothy Birnbaum
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4618 (tel.)

*Counsel for the Heiser Claimants*

Tom Mellon, III
James McCoy
Mellon & Webster, P.C.
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 (tel.)
(215) 348-0171 (fax)

Noah Solowiejczyk, Esq.
Zuckerman Spaeder LLP
1185 Avenue of the Americas, 31st Fl.
New York. New York 10036
(646) 746-8843 (direct)
(212) 704-4256 (fax)

*Counsel for the Havlish Claimants*

*Counsel for the Rubin Claimants*

Re:  **In re 650 Fifth Avenue and Related Proceedings,**
**08 Civ. 10934 (KBF)**

Dear Counsel:

We write to advise all Counsel that the deposition of Hossein Mahallati has been postponed.

Earlier today, the Government received a request from counsel for the Alavi Foundation and the 650 Fifth Avenue Company (collectively, "Alavi") regarding whether the Government had produced documents provided by Hossein Mahallati in response to a subpoena served on Mr. Mahallati on or about August 17, 2011. Upon receiving Alavi's request, the Government determined that on October 13, 2011, counsel for Mr. Mahallati provided the Government a CD in response to the Government's subpoena. Mr. Mahallati's subpoena production did not include certain documents that counsel for Assa Corp. and Assa Co. Ltd. assert were confidential pursuant to a settlement agreement between the Hanif Partnership, the Alavi Foundation, and Assa.

The documents contained on the CD from Mr. Mahallati were mistakenly filed with the document production from Claimants in this case, based on the fact that Mr. Mahallati was the former president of the Mostazafan Foundation of New York. Once the Government learned that these documents had not been produced, the Government immediately prepared these documents for production and sent them to all Counsel via FedEx, overnight delivery (*see* July 1, 2013 Letter from Anand Sithian to all Counsel, attached hereto as Exhibit A).

Counsel for Alavi has asked that the deposition of Mr. Mahallati be postponed in light of the Government's delay in production. The Government agrees to this request, as the postponement will allow all parties to review the most recent document production.

The Government is in the process of contacting counsel for Mr. Mahallati to arrange a deposition date that is mutually agreeable to counsel for Alavi.

The Government sincerely regrets this oversight and apologizes for the inconvenience caused to all parties. The Government will inform all Counsel when a new deposition date has been selected.

Very truly yours,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____ /s/ Anand Sithian_____
Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
Assistant United States Attorneys
Anand Sithian
Special Assistant United States Attorney
(212) 637-1060/2193/2479/2463/2740/1085

# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2013

<u>**BY FEDEX**</u>

Daniel Seth Ruzumna
Melissa Ginsberg
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2000
*Counsel for Alavi Foundation and 650 Fifth*
*Avenue Company*

James Bernard
Curtis C. Mechling
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
212-806-5400
*Counsel for Carlos Acosta, Maria Acosta, Tova*
*Ettinger, Irving Franklin, Ethel J. Griffin, Alan D.*
*Hayman, Shirlee Hayman, Baruch Kahane,*
*Ciporah Kaplan, Libby Kahane, Norman Kahane,*
*and Steven M. Greenbaum*

Mike S. Manesh
Zoreh Mizrahi
The Law Offices of Mike Manesh
2049 Century Park East, Suite 2680
Los Angeles, CA 90067
310-843-9494
*Counsel for Estate of Siavash Bayani, Fatemah*
*Bayani, Banafsheh Bayani, and Babak Bayani*

Peter I. Livingston
Deborah Koplovitz
Rosen Livingston & Chlost LLP
275 Madison Avenue, Suite 500
New York, NY 10016
212-687-7770
*Counsel for ASSA Corporation and ASSA*
*Company Limited*

Donald F. Luke
Benson Daniel DeFunis
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016
646-313-2542
*Counsel for ASSA Corporation and ASSA*
*Company Limited*

Ralph Dupont
Barbara Dupont
The Dupont Law Firm, L.L.P.
One Stamford Plaza
263 Tresser Boulevard
P.O. Box 3325
Stamford, CT 06905
203-965-8355
*Counsel for Executrix Edwina R. Hegna,*
*Craig H. Hegna, Edwina R. Hegna, Lynn*
*M. Hegna Moore, Paul B. Hegna, and*
*Steven A. Hegna*

Liviu Vogel
Salon Marrow Dyckman Newman Broudy LLP
292 Madison Ave, 6th floor
New York, NY 10017
212-661-71 00
*Counsel for Estate of Deborah D. Peterson,*
*Personal Representative of the Estate of James C.*
*Knipple, et al.*

Dale Cathell
Lauren Genvert
Timothy Birnbaum
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4618 (tel.)

*Counsel for the Heiser Claimants*

Tom Mellon, III
James McCoy
Mellon & Webster, P.C.
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 (tel.)
(215) 348-0171 (fax)

Noah Solowiejczyk, Esq.
Zuckerman Spaeder LLP
1185 Avenue of the Americas, 31st Fl.
New York. New York 10036
(646) 746-8843 (direct)
(212) 704-4256 (fax)

*Counsel for the Havlish Claimants*

*Counsel for the Rubin Claimants*

Re:  **In re 650 Fifth Avenue and Related Proceedings,**
     **08 Civ. 10934 (KBF)**

Dear Counsel:

Enclosed is a CD bearing bates numbers **Hossein_000001–Hossein_003967**. This CD contains documents produced to the Government by counsel for Mohammed Hossein Mahallati, in response to a subpoena served on Mr. Mahallati on or about August 17, 2011.

This production is pursuant to the terms of both the Confidentiality Order and the Privacy Act Order in this case.

Additional responsive records will be produced as they are available.

Very truly yours,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:    _/s/ Anand Sithian_____
Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
Assistant United States Attorneys
Anand Sithian
Special Assistant United States Attorney
(212) 637-1060/2193/2479/2463/2740/1085

Encl.